# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BETTY WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-785-D |
| ) | |
| MIDWEST PERFORMANCE ) | |
| PACK, INC., f/k/a MATADOR ) | |
| PROCESSORS, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, judgment is hereby entered in favor of Defendant and against Plaintiff.

**ENTERED** this 22nd day of March 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE